IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| SHERWIN S. PERKINS, | ) |
|     Plaintiff-Appellant, | ) ) ) ) Case No. CV 3:20-064 |
| vs. | ) ) Appeal No. 20-14548-F |
| PHYSICAL THERAPIST RON PRIMUS, et al., | ) ) ) |
|     Defendants-Appellees. | ) |

O R D E R

The appeal in the above-styled action having been DISMISSED for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 25th day of January 2021.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA