IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

SHERWIN PERKINS,            )
                            )
        Plaintiff-Appellee, )
                            )
vs.                         )    Case No. CV 320-064
                            )
PHYSICAL THERAPIST RON PRIMUS, )
et al.,                     )
                            )
        Defendants-Appellants. )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 12th day of Feb., 2021.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA